COMMONWEALTH of Pennsylvania, Respondent

v.

Paul McGINN, Petitioner.

Supreme Court of Pennsylvania.

June 23, 2009.

*ORDER*

PER CURIAM.

AND NOW, this 23rd day of June, 2009, the Petition for Allowance of Appeal is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.